THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID BRIGGS, MARCUS CARREON, ERIN CHARLTON, EMILY MALDONADO, KELSEY MORSE, ASHLEY PARKER, and KARYN WYGLE, individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation,

Defendant.

No. 2:26-cv-01064 JNW

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER**

NOTE ON MOTION CALENDAR:
May 1, 2026

Plaintiffs David Briggs, Marcus Carreon, Erin Charlton, Emily Maldonado, Kelsey Morse, Ashley Parker, and Karyn Wygle (together, "Plaintiffs") and Defendant Costco Wholesale Corporation ("Costco") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Costco's time to answer or otherwise respond to Briggs' Complaint, see Dkt. No. 1, shall be extended to July 10, 2026. Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for Costco to answer or otherwise respond to the Complaint to July 10, 2026.

IT IS SO STIPULATED by and between the parties.

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT – 1
(No. 2:26-cv-01064 JNW)

187072950

Dated: May 1, 2026

By:  s/ M. Anderson Berry [approved by email]
M. Anderson Berry, WSBA No. 63160

Timothy Emery, WSBA No. 34078
Brook Garberding, WSBA No. 37140
Gregory Haroutunian**
Brandon P. Jack**
**Emery Reddy, PC**
600 Stewart Street, Suite 1100
Seattle, Washington 98101
Telephone: +1.916.823.6955
anderson@emeryreddy.com
emeryt@emeryreddy.com
brook@emeryreddy.com
gregory@emeryreddy.com
brandon@emeryreddy.com

Gary M. Klinger**
**Milberg, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: +1.866.252.0878
gklinger@milberg.com

Terence R. Coates**
Dylan J. Gould**
**Markovits, Stock & Demarco, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: +1.513.651.3700
tcoates@msdlegaf.com
dgould@msdlegal.com

Zachary Arbitman*
Nicole A. Maruzzi*
**Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: +1.2l5.567.8300
zarbitman@fefdmanshepherd.com
nmaruzzi@feldmanshepherd.com

*Pro Hac Vice
**Pro Hac Vice Application Forthcoming

Attorneys for Plaintiffs

STIPULATION REGARDING EXTENSION OF
TIME TO RESPOND TO COMPLAINT – 2
(No. 2:26-cv-01064 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

187072950

Dated: May 1, 2026

By: s/ Nicholas P. Gellert

Nicholas P. Gellert, WSBA No. 18041
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
NGellert@perkinscoie.com

Brad D. Brian**
Jennifer L. Bryant**
Alexis Campbell**
**Munger Tolles & Olson LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
Telephone: +1.213.683.3426
Brad.Brian@mto.com
Jennifer.Bryant@mto.com
Alexis.Campbell@mto.com

Elaine J. Goldenberg**
**Munger Tolles & Olson LLP**
601 Massachusetts Ave NW, Suite 500 E
Washington, DC  20001
Telephone: +1.202.220.1100
Elaine.Goldenberg@mto.com

Andrew Nguyen**
**Munger Tolles & Olson LLP**
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: +1.415.512.4000
Andrew.Nguyen@mto.com

**Pro Hac Vice Application Forthcoming*

*Attorneys for Defendant Costco Wholesale Corporation*

STIPULATION REGARDING EXTENSION OF
TIME TO RESPOND TO COMPLAINT – 3
(No. 2:26-cv-01064 JNW)

187072950

# ORDER

## PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The deadline for Costco to answer or otherwise respond to Plaintiffs' Complaint shall be extended to July 10, 2026

Dated: May 6, 2026

Jamal N. Whitehead
United States District Judge

STIPULATION REGARDING EXTENSION OF
TIME TO RESPOND TO COMPLAINT
(No. 2:26-cv-01064 JNW)

187072950